ANDRÉ BIROTTE, JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
DANIEL LAYTON (SBN 240763)
Assistant United States Attorney
Room 7211 Federal Building
300 North Los Angeles Street
Los Angeles, CA 90012
T:(213) 894-6165 F:(213) 894-0115
Email: Daniel.Layton@usdoj.gov
Attorneys for Petitioner
United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV 13-03038 DDP (MANx) |
| Petitioner, | ORDER TO SHOW CAUSE |
| vs. | |
| JOHN S. JOYCE, as president of Tier 1 solutions, Inc., | |
| Respondent. | |

Upon the Petition and supporting Memorandum of Points and Authorities, and the supporting Declaration in Support of Petition to Enforce Internal Revenue Service Summons, the Court finds that Petitioner has established its *prima facie* case for judicial enforcement of the subject Internal Revenue Service (IRS) summons.  See United States v. Powell, 379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); *see also* Crystal v. United States, 172 F.3d 1141, 1143-1144 (9th Cir. 1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir. 1997); Fortney v. United States, 59 F.3d 117, 119-120 (9th Cir. 1995) (the Government's *prima facie* case is typically made through the sworn declaration of the IRS agent who issued the summons); *accord*, United States v. Gilleran, 992 F.2d 232, 233 (9th cir. 1993).

Therefore, **IT IS ORDERED** that Respondent appear before this District Court of the United States for the Central District of California, at the following address on specified dated and time, and show cause why the testimony and production of books, papers, records, and other data demanded in the subject IRS summons should not be compelled:

Date:           Monday, June 24, 2013
Time:           10:00 a.m.
Courtroom:      3
Address:        United States Courthouse
                312 N. Spring Street, Los Angeles, California, 90012

   **IT IS FURTHER ORDERED** that copies of this Order, the Petition, Memorandum of Points and Authorities, and accompanying Declaration be served on promptly upon Respondent by personal delivery, or by leaving copies of each of the foregoing documents at Respondent's dwelling or usual place of abode with someone of suitable age and discretion, or by certified mail.  Service may be made by any employee of the IRS or the United States Attorney's Office.

   **IT IS FURTHER ORDERED** that within ten (10) days after service upon Respondent of the herein described documents, Respondent shall file and serve a written response, supported by appropriate sworn statements, as well as any desired motions.  If, prior to the return date of this Order, Respondent files a response with the Court stating that Respondent does not oppose the relief sought in the Petition, nor wish to make an appearance, then the appearance of Respondent at any hearing pursuant to this Order to Show Cause is excused, and Respondent shall be deemed to have complied with the requirements of this order.

   **IT IS FURTHER ORDERED** that all motions and issues raised by the pleadings will be considered on the return date of this Order.  Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed within ten (10) days after service of the herein

described documents will be considered by the Court. All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

DATED: May 08, 2013

U.S. DISTRICT JUDGE

Presented by,

ANDRÉ BIROTTE, JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

DANIEL LAYTON
Assistant United States Attorney
Attorneys for United States of America

3